**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES,<br><br>    *Applicant*,<br><br>v.<br><br>REAL PROPERTIES LOCATED AT 5600 Collins Ave. #6N, Miami Beach, FL, 33140 and 5601 Collins Ave. Unit #715, Miami Beach, FL 33140, | **UNDER SEAL**<br><br>No. 19-MC-210 (RDM) |

**ORDER**

WHEREAS this matter comes before the Court on the Ex Parte Application of the United States to Register and Enforce a Foreign Restraining Order Pursuant to 28 U.S.C.§ 2467(d)(3)(b)(ii) and 18 U.S.C. § 983(j)(1)(A), which provisions authorize this Court to register and enforce a foreign restraining order and take any other action to seize, secure, maintain, or preserve the availability of property subject to forfeiture in a foreign proceeding.

WHEREAS the United States' Ex Parte Application seeks enforcement of an Argentine Restraining Order issued on April 9, 2019, against the following assets named in the Argentine Order:

1) 5600 Collins Ave. #6N, Miami Beach, FL 33140; and

2) 5601 Collins Ave. Unit #715, Miami Beach, FL 33140

WHEREAS, upon consideration of the United States' Ex Parte Application, this Court hereby finds that:

(a) This Court has jurisdiction over the subject matter of this case, and pursuant to 28 U.S.C. § 2467(c)(2)(B), venue is appropriate in the U.S. District Court for the District of Columbia;

(b) The United States and Argentina are parties to a bilateral agreement providing for forfeiture assistance, namely, the Treaty between the Government of the United States and the Government of the Republic of Argentina on Mutual Legal Assistance in Criminal Matters, U.S.-Arg., Dec. 4, 1990, S. Treaty Doc. No. 102-18 (1991);

(c) On April 9, 2019, the Argentine Criminal Court in Resistencia (Chaco Province), Argentina, issued a restraining Order which corrects and adopts the earlier April 4, 2019, Restraining Order to preserve the real properties named above that are subject to confiscation (forfeiture) under Argentine law;

(d) On December 15, 2019, the Assistant Attorney General of the U.S. Department of Justice, through his designee, certified that enforcement of the April 9 Argentine Restraining Order against the properties in Miami Beach is "in the interest of justice;"

(e) The April 9 Argentine Restraining Order has been rendered under a system of law compatible with the requirements of due process;

(f) The Argentine Criminal Court in Resistencia (Chaco Province), Argentina has jurisdiction over the subject matter of the criminal and confiscation proceedings pursuant to which the Argentine Restraining Order was issued; and

(g) There is no indication that the April 9 Argentine Restraining Order was obtained by fraud.

It is therefore **ORDERED**, pursuant to 28 U.S.C. § 2467(d)(3)(A), (d)(3)(B)(ii), and 18 U.S.C. § 983(j), that

1. The April 9 Argentine Restraining Order is hereby **REGISTERED** and **ENFORCED** by this Court;

2. The properties listed above are hereby **RESTRAINED**, except that no property shall be physically seized pending further Order of this Court;

3. Under this Order, the current owner(s) or occupant(s) of the Miami Beach properties shall not be evicted or deprived of their use and enjoyment of any restrained property, however, no new leases or rental agreements shall be entered into without notification to the United States and approval of the United States and all rents paid, if any, shall be turned over to the United States Department of Justice as designated by counsel for the United States;

4. With respect to the above-described properties in Miami Beach, Renacer 6N LLC and Manantial 715 LLC, and all persons, companies, entities, agents, servants, employees, attorneys, family members, and those persons in active concert or participation with them are hereby **ENJOINED** and **RESTRAINED** from transferring, selling, assigning, pledging, distributing, giving away, encumbering, leasing, subleasing, or otherwise participating in the disposal of the above-described property, by mortgage or otherwise, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard;

5. With respect to the aforementioned Miami Beach properties, Renacer 6N LLC, Manantial 715 LLC and all persons, companies, entities, agents, servants, employees, attorneys, family members, or representative and those persons in active concert or participation with these corporations, shall pay all fees and taxes associated with the property, including any common charges accrued and due during the pendency of this Court's Order; and

6. This Order shall become effective immediately and shall remain in full force and effect until any final confiscation orders or judgments obtained pursuant to the Argentine

criminal and confiscation proceedings is enforced by this Court; until the Argentine restraining Order has been quashed, discharged, or modified in a substantive way affecting these U.S. assets and the United States seeks and amended Order; or, until the United States applies for an amendment or release of this Order on its own accord.

It is further **ORDERED** that the Attorney General of the United States or his duly authorized representative shall:

7. Give effect to this Order by recording notices of lis pendens with the Miami-Dade County Recorder's Office, and may maintain any notices of lis pendens so long as this Order is in effect;

8. Provide a copy of this Order to any known beneficial owner of the aforementioned assets and to anyone else known to the United States as holding a protected interest in the assets.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  February 7, 2020