**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTIES LOCATED AT 5600 | ) | UNSEALED |
| Collins Ave. #6N, Miami Beach, FL 33140, and | ) | |
| 5601 Collins Ave. Unit # 715 Miami Beach, FL 33140 | | Case: 1:19-mc-210 |
| Defendant | ) | Judge Randolph D. Moss |
| | ) | |

**United States' Status Report**

The United States, by and through the undersigned attorneys, respectfully submits the following status report, as ordered by this Court on 1/30/2026.  A status report was previously filed on 4/30/2026.  Dkt. 28.

On February 7, 2020, this Court entered a restraining order against the above captioned properties, registering an Argentine Restraint Order pursuant to 28 U.S.C. §2467(d)(3).  The United States filed a lis pendens renewal with this Court on June 6, 2025, and renewed the lis pendens with Miami-Dade County which was recorded on July 11, 2025.

On November 29, 2024, MLARS (now MNF or Money Laundering, Narcotics and Forfeiture Section), received the requested supplemental information from Argentina.  As previously represented in the United States' last status report, the certification memo is currently pending MNF management for review for final enforcement.  Once that review is complete, and the order has been certified for final enforcement, undersigned counsel will file a motion to register the order for final enforcement with this Court.

1

Respectfully submitted,

MARGARET A. MOESER, CHIEF
MONEY LAUNDERING, NARCOTICS AND
FORFEITURE SECTION

5/29/2026                    By:    _____/s/_____
ALLISON ICKOVIC
Trial Attorney
U.S. Department of Justice
Criminal Division
Money Laundering, Narcotics and
Forfeiture Section
1400 New York Avenue NW, 10100
Washington, DC  20530
Telephone:    (202) 514-1263
Email:        Allison.ickovic@usdoj.gov
Attorneys for Applicant
UNITED STATES OF AMERICA

2